IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| ALONSO SANTIAGO RODRIGUEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> IMMIGRATION AND CUSTOM ) <br> ENFORCEMENT, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 5:14-cv-00013-TLW |

**ORDER**

This habeas corpus case is now before the Court because Petitioner has failed to comply with the Court's Order entered on January 9, 2014 (Doc. #8), which instructed Petitioner to complete, sign, date, and return his Answers to the Court's Special Interrogatories with twenty-one (21) days of entry of the Order. Petitioner has also failed to provide the Court with an updated address.

The January 9 Order was mailed to Petitioner at the address he provided when this case was opened. The Order was returned as undeliverable and marked "unable to forward." (Doc. #10). The deadline for Petitioner's compliance has now passed with no response from Petitioner.

Petitioner's failure to provide a forwarding address and his lack of response to the Order indicate his intent to discontinue prosecution of this case and subject this case to dismissal. *See* Fed. R. Civ. P. 41(b) (district courts may dismiss an action if a plaintiff fails to comply with "any order of the court"); *see also Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989) (dismissal with prejudice appropriate where warning given.

Accordingly, this case is dismissed *without prejudice*. The Clerk of Court shall close the file.[1]

**IT IS SO ORDERED.**

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

September 12, 2014
Columbia, South Carolina

---

[1] Under General Order, Misc. No. 3:07-5014-JFA, this dismissal *without prejudice* does *not* count as a "strike" for purposes of the "three strikes" provision of 28 U.S.C. § 1915(g). If Petitioner wishes to bring this action in the future, he should obtain new forms for doing so from the Clerk's Office in Columbia (**901 Richland Street, Columbia, South Carolina 29201**).

\*\*\*\*
## *NOTICE OF RIGHT TO APPEAL*

The parties are hereby notified that Rules 3 and 4 of the Federal Rules of Appellate Procedure govern the right to appeal this Order.